AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

FILED DEC 19 2019
BY ARTHUR JOHNSTON DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>PETER JERREL LIDDELL<br><br>Defendant(s) | ) ) ) ) Case No. 3:19mj313 LRA<br>) )<br>) ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 19, 2019__ in the county of __Hinds__ in the __Southern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Possession of a firearm by a convicted felon |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Brent Young, Homeland Security Investigations
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/19/2019

_____
Judge's signature

City and state: Jackson, Mississippi

Magistrate Judge Linda R. Anderson
*Printed name and title*

# AFFIDAVIT

STATE OF MISSISSIPPI
SOUTHERN DISTRICT OF MISSISSIPPI

## AFFIDAVIT: UNDERLYING FACTS AND CIRCUMSTANCES

I, Brent Young, being first duly sworn, hereby depose and say that:

1. I am a Special Agent (SA) with Homeland Security Investigations (HSI), presently assigned to the Office of the Resident Agent in Charge, Jackson, Mississippi. I have been a Special Agent for over ten years, and I am a graduate of the Federal Law Enforcement Training Center. I previously worked for approximately four and half years as an Agent with the Mississippi Bureau of Narcotics. I have received training and have been assigned to conduct investigations of criminal violations of the United States Code.

2. I submit this affidavit based on information from my own personal review of records as well as information obtained from others who have investigated the matter or have personal knowledge of the facts herein. This affidavit is submitted in support of a Criminal Complaint against Peter Jerrel Liddell. As such, this affidavit does not include all of the information known to me as part of this investigation, but only information sufficient to establish probable cause for the issuance of a criminal complaint against Liddell for violations of Title 18, United States Code, Section 922(g)(1) for possession of a firearm by a convicted felon.

3. On November 19, 2019 at approximately 0930 hours, the United States Marshals Service (USMS), and agents from Homeland Security Investigations (HSI) located Liddell at an upstairs apartment located at 3155 Booker Street; Jackson, Hinds County, Mississippi. USMS and HSI Jackson personnel surrounded the apartment building and attempted to make contact with Liddell and other potential occupants of the residence. Two females who were inside the apartment complied with directions to exit the apartment. They confirmed that Liddell was the only person

remaining in the apartment. After continued attempts to call Liddell out of the residence, arrest team members advised Liddell that they were going to deploy a law enforcement canine into the residence in an effort to locate and apprehend Liddell. The canine took Liddell into custody without incident with only superficial injuries to Liddell's lower leg.

4. HSI SA McMillin subsequently recovered a Glock 9 mm semi-automatic pistol (TAN in color); a Glock magazine (TAN); a black metal drum magazine (50 round capacity) inserted in the Glock pistol; 29 rounds of 9 mm ammunition; $771.00 ($600 of which was in five dollar bills); 159.9 grams of a green leafy substance believed to be marijuana and other items. Recovered with the Glock 9 mm pistol was a Micro Conversion Kit (MCK) for a Glock pistol. This aftermarket accessory is designed to house the pistol within an extension which has an arm strap and a grip in front of the pistol's own grip. At recovery, the Glock pistol was inserted and seated within this device/accessory. The firearm had one live round in the chamber and twenty-eight (28) additional rounds in the drum magazine which was inserted into the firearm. A witness told investigators that Liddell had been seen carrying the firearm from his truck into the apartment.

5. Liddell has numerous felony convictions, including a 2009 conviction in the Circuit Court of Hinds County for Possession of Cocaine. At the time of his arrest, Liddell was on probation with the State of Mississippi.

6.  According to an agent from the Bureau of Alcohol Tobacco and Firearms, the firearm possessed by Liddell meets the statutory definition of a firearm and was manufactured outside of the State of Mississippi.

Based on the foregoing facts and Affiant's training and experience, Affiant respectfully submits that probable cause exists to issue an arrest warrant for Peter Jerrel Liddell for a violation of Title 18 United States Code, Section 922(g)(1) for possession of a firearm by a convicted felon.

Respectfully submitted,

Brent Young
Special Agent
Homeland Security Investigations

Sworn and subscribed by me this the ___19th___ day of December, 2019.

Honorable Linda R. Anderson
United States Magistrate Judge